# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160



September 8, 2023

**VIA CM/ECF**
Honorable Judge Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20C
New York, NY 10007

Re:     **Vuppala v. Land of Buddha, Inc., et al.**
        **Case 1:22-cv-09044-JGLC**

Dear Judge Clarke:

Mediation Referral Order [D.E. 37], referred this case to the Southern District of New York Mediation program.  An initial session was dated August 28th.  The mediation status is due September 27th.  Nonetheless, a second continued session has been scheduled for October 3, 2023, in an effort to secure the appearance of 7 Mon LLC, the Subject Property's landlord.

Therefore, the parties request that the Court grant an extension of the Mediation deadline to October 3, 2023, which is a convenient date for all parties and the Southern District of New York Mediation Office.

Thank you for your consideration of this extension request.

Application GRANTED. The mediation status deadline is extended to October 3, 2023. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 25.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 11, 2023
        New York, New York

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com