UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>       Plaintiff,<br><br>-against-<br><br>LAND OF BUDDHA, INC., a New York corporation, d/b/a LAND OF BUDDHA, and 7 MON LLC, a New York limited liability company,<br><br>       Defendants. | 22-CV-9044 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  Per the Court's Individual Rule 3(d), the deadline for the parties to submit the joint letter following the close of fact discovery elapsed on October 9, 2023. The parties are ORDERED to file this letter no later than **November 3, 2023**.

Dated: October 17, 2023
    New York, New York

                SO ORDERED.

                *Jessica Clarke*

                JESSICA G. L. CLARKE
                United States District Judge