UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>                        Plaintiff,<br><br>-against-<br><br>LAND OF BUDDHA, INC., a New York corporation, d/b/a LAND OF BUDDHA, and 7 MON LLC, a New York limited liability company,<br><br>                        Defendants. | 22-CV-9044 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      Per the Court's Individual Rule 3(d), the deadline for the parties to submit the joint letter following the close of fact discovery elapsed on October 9, 2023. The Court ordered the parties the parties to file this letter no later than November 3, 2023. ECF No. 27. That deadline has elapsed. The parties are ORDERED to file this letter no later than **November 10, 2023**. If the parties continue to violate court orders, the Court may issue sanctions.

Dated: November 6, 2023
       New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge