

**SPIRE LAW**

Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, LLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

**spirelawfirm.com**

Via Electronic Filing                                         April 12, 2024
The Honorable Jessica G. L. Clarke
U.S. District Court, Southern District of New York
500 Pearl St
New York, NY 10007

Re.:    **Vuppala v. Land of Buddha, Inc. et al (1:22-cv-09044)**
        **WITHDRAWAL OF ECF NOS. 60 AND 61**

Dear Judge Clarke:

Defendant Land of Buddha, Inc., hereby withdraws its letter motions at ECF Nos. 60 and 61.  Land of Buddha retains the right to refile these motions after May 8, 2024.

Respectfully,

*Ian E. Smith*

Ian E. Smith, Esq.
Partner, Spire Law, LLC

The Court considers the letter motions at ECF Nos. 60 and 61 WITHDRAWN.

The Clerk of Court is directed to terminate ECF Nos. 60, 61, and 62.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 12, 2024
       New York, New York

