# THE WEITZ LAW FIRM, P.A.

**MEMO ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 13, 2024

**VIA CM/ECF**
Honorable Judge Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20C
New York, NY 10007

> Application GRANTED. Plaintiff to file a motion for default judgment against 7 Mon LLC by **November 15, 2024**. The Clerk of Court is directed to terminate ECF No. 103.
>
> Dated: November 14, 2024
> New York, New York
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge

    **Re:**    Vuppala v. Land of Buddha, Inc., et al.
             Case 1:22-cv-09044-JGLC

Dear Judge Clarke:

    The undersigned represents the Plaintiff in the above-captioned case matter. Per Order [D.E. 101], Plaintiff shall file a motion for default judgment against 7 Mon LLC.

    Due to a sudden emergency, Plaintiff requests that the Court grant a 2-day extension to file these documents by November 14.

    The Plaintiff states this is the first request for an extension of time for this matter. Thank you for your consideration of this first extension request.

                          Sincerely,

                          By: /S/ B. Bradley Weitz
                              B. Bradley Weitz, Esq. (BW9365)
                              THE WEITZ LAW FIRM, P.A.
                              Attorney for Plaintiff
                              Bank of America Building
                              18305 Biscayne Blvd., Suite 214
                              Aventura, Florida 33160
                              Telephone: (305) 949-7777
                              Facsimile: (305) 704-3877
                              Email: bbw@weitzfirm.com