UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                          Plaintiff,

            -against-

WONDERLAND CONVENIENCE CORP. d/b/a
WONDERLAND LAND OF BUDDHA, LAND OF
BUDDHA, INC. f/k/a LAND OF BUDDHA, and 7
MON LLC,

                          Defendants.

22-CV-9044 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On November 15, 2024, Plaintiff filed a motion for a default judgment as to 7 Mon LLC

under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 107.

On November 19, 2024, the Court issued an Order to Show Cause ordering Defendant 7

Mon LLC to respond in writing no later than December 4, 2024, as to why an order should not

be issued granting a default judgment against Defendant. ECF No. 110. The Court warned that if

Defendant failed to respond by that date, judgment may be entered against it. *Id*. Defendant

failed to file anything by that deadline.

Accordingly, a default judgment should be entered against Defendant 7 Mon LLC.

The Court refers the case to Magistrate Judge Katharine H. Parker for an inquest to

determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 107.

            SO ORDERED.

Dated:  September 29, 2025
        New York, New York

_____
JESSICA G. L. CLARKE
United States District Judge