UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KIRAN VUPPALA,

                                      Plaintiff,                       **ORDER**

                  -against-                                         22-cv-9044 (JGLC) (KHP)

LAND OF BUDDHA, INC., et al.,

                                     Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me to conduct an inquest on damages.  (ECF No. 133.)  By **October 30, 2025,** Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law.  All proposed findings of fact must be supported by admissible evidence introduced through affidavit.  All proposed findings of law must be supported by reference to applicable law.  Claims for actual or statutory damages must be specified and supported with admissible evidence.  Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

      **By no later than October 16, 2025**, Plaintiff shall serve a copy of the Default Judgment issued by the Hon. Jessica G.L. Clarke in this matter, along with a copy of this Order via a method intended to ensure delivery to  Defendant.  Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court.   Plaintiff shall serve a copy of all papers

filed in connection with the damages inquest (as described in the first paragraph of this Order) on Defendant **by October 30, 2025**.  Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court.

Defendant shall have until **November 13, 2025,** to object or otherwise respond to Plaintiff's application for damages in connection with the default judgment.  Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **November 24, 2025, at 12:00 p.m.,** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.  The Court reserves the right to adjourn the hearing to the extent it determines it can make a ruling on the papers.

SO ORDERED.

Dated: September 30, 2025
    New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge