# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

October 16, 2025

**VIA CM/ECF**
Honorable Judge Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20C
New York, NY 10007

        **Re:**    **Vuppala v. Land of Buddha, Inc., et al.**
                  **Case 1:22-cv-09044-JGLC**

Dear Judge Clarke:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Per Order D.E. 134, Plaintiff is to serve the Defendant 7 Mon LLC with an Order of Default Judgment. Yet, the docket in this matter shows no signed copy by the Court. Kindly provide the Plaintiff with an executed Order of Default Judgment so that the Defendant 7 Mon LLC can be served as ordered.

    Thank you for your consideration of this first extension request.

                              Sincerely,

                        By: /S/ B. Bradley Weitz
                           B. Bradley Weitz, Esq. (BW9365)
                           THE WEITZ LAW FIRM, P.A.
                           Attorney for Plaintiff
                           Bank of America Building
                           18305 Biscayne Blvd., Suite 214
                           Aventura, Florida 33160
                           Telephone: (305) 949-7777
                           Facsimile: (305) 704-3877
                           Email: bbw@weitzfirm.com