**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KIRAN VUPPALA,

                          Plaintiff,                              22 **CIVIL** 9044 (JGLC)(KHP)

          -against-                                              **JUDGMENT**

7 MON LLC, et al.,

                          Defendants.
-------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated May 12, 2026, the Court has reviewed the motion and the

Report and Recommendation, unguided by objections, and finds the Report and

Recommendation to be well reasoned and grounded in fact and law. The Report and

Recommendation is ADOPTED in its entirety. The motion is GRANTED in part and DENIED

in part as to Plaintiff's request for declaratory relief and a finding of a violation of the ADA,

state and local law; DENIED without prejudice as to Plaintiff's request for compensatory relief;

and GRANTED as modified as to attorneys' fees and costs; accordingly, the case is closed.

**Dated:**  New York, New York
          May 13, 2026

                                                  **TAMMI M. HELLWIG**
                                        _____
                                                  **Clerk of Court**

                          **BY:**              K. mango
                                        _____
                                                  **Deputy Clerk**